United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LYNNE MURPHY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-02030-JST<br><br>**ORDER RE: MOTION TO DISMISS**<br><br>Re: ECF No. 4 |

　　　　This action was reassigned to this court on June 26, 2014.  A motion to dismiss is currently pending and is fully briefed.  ECF No. 4.  As the motion is suitable for determination without oral argument, Defendants need not re-notice the hearing.  The motion is now under submission.  No party shall file any additional materials in connection with the motion without leave of court.

　　　　**IT IS SO ORDERED.**

Dated: June 26, 2014

_____
JON S. TIGAR
United States District Judge