THERESA LYNNE MURPHY
11 High St. #201
San Francisco, CA 94114
Tel: (415) 529-2829
Plaintiff in Pro Per

**FILED**

SEP 09 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
OFFICE OF THE CLERK

2014 SEP -2 AM 11: 16

UNITED STATES ~~DISTRICT~~ COURT OF APPEALS

~~NORTHERN DISTRICT OF CALIFORNIA~~

9th DATE (RNOTALL T)

| | |
|---|---|
| THERESA LYNNE MURPHY ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE BANK OF NEW YORK MELLON, AS ) <br> TRUSTEE, FOR CERTIFICATE HOLDERS ) <br> OF STRUCTURED ASSET MORTGAGE ) <br> INVESTMENTS II., INC., BEAR STEARNS ) <br> ALT-A TRUST, MORTGAGE PASS-THROUGH) <br> CERTIFICATES, SERIES 2006-2; ) <br> BANK OF AMERICA N.A., AS TRUSTEE, FOR ) <br> CERTIFICATE HOLDERS OF STRUCTURED ) <br> ASSET MORTGAGE INVESTMENT II, INC., ) <br> MORTGAGE-BACKED CERTIFICATES, ) <br> SERIES 2006-4 ) <br> Defendants. ) <br> _____ ) | CASE NO. 14-CV-02030 JST <br><br> NOTICE OF APPEAL |

**NOTICE IS HEREBY GIVEN** that Plaintiff Theresa Lynne Murphy in the above named case, Theresa Lynne Murphy v. The Bank of New York Mellon, as Trustee, for Certificate Holders of Structured Asset Mortgage Investments II., Inc., Bear Stearns Alt-A Trust, Mortgage Pass-Through Certificates, Series 2006-2, and Bank of America N.A., as Trustee, for Certificate Holders of Structured Asset Mortgage Investments II., Inc., Mortgage-Backed Certificates, Series 2006-4 - hereby appeals to the United States Court of Appeals for the 9th Circuit, from an order dismissing action for lack of subject matter jurisdiction, entered in this action on August 25, 2014.

Date: Sept. 02, 2014

Theresa Lynne Murphy
Appellant in Pro Per
11 High St. #201
San Francisco, CA 94114
terrymurphy1618@gmail.com
Tel: (415) 529-282

Notice of Appeal - Case No. CV-14-02030-JST