UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA LYNNE MURPHY,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>BANK OF NEW YORK MELLON, as Trustee for Certificate Holders of Structured Asset Mortgage Investments II Inc, Bear Starns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-2; et al.,<br><br>　　　　Defendants - Appellees. | No. 14-16736<br><br>D.C. No. 3:14-cv-02030-JST<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

　　　A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

　　　Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

　　　This order served on the district court shall constitute the mandate of this court.

　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　Cyntharee K. Powells
　　　　　　　　　　　　　　　　　Deputy Clerk