# UNITED STATES DISTRICT COURT
## Northern District of California
### 450 Golden Gate Avenue
### San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

October 17, 2014

CASE NUMBER: **C-14-2030-JST**  
CASE TITLE: **THERESA LYNNE MURPHY -v- THE BANK OF NEW YORK MELLON**  
DATE MANDATE FILED: **10/15/2015**

**TO COUNSEL OF RECORD:**

The *order/mandate* of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Thelma Nudo  
Deputy Clerk

*Distribution:* CIVIL - *Counsel of Record*

CRIMINAL - Counsel of Record  
U.S. Marshal (Copy of Mandate)  
U.S. Probation Office

NDC App-16